## ANTONIO LINVAL-CASSIUS *v.* COMMISSIONER OF CORRECTION

The petitioner Antonio Linval-Cassius' petition for certification for appeal from the Appellate Court, 68 Conn. App. 902 (AC 21739), is denied.

*Sebastian O. DeSantis*, special public defender, in support of the petition.

Decided April 3, 2002

## MARVIN JONES *v.* COMMISSIONER OF CORRECTION

The petitioner Marvin Jones' petition for certification for appeal from the Appellate Court, 68 Conn. App. 903 (AC 21883), is denied.

*David B. Rozwaski*, special public defender, in support of the petition.

*Linda N. Howe*, assistant state's attorney, in opposition.

Decided April 3, 2002

## WILFREDO M. RAMOS *v.* COMMISSIONER OF CORRECTION

The petitioner Wilfredo M. Ramos' petition for certification for appeal from the Appellate Court, 67 Conn. App. 654 (AC 20315), is denied.

*David B. Rozwaski*, special public defender, in support of the petition.

*Joy K. Fausey*, deputy assistant state's attorney, in opposition.

Decided April 9, 2002